| | |
|---|---|
| 1 | Gina Fazio, Esq. #225178 |
| | Law Offices of Jeffrey Milam |
| 2 | P.O. Box 26360 |
| | Fresno, California 93729 |
| 3 | (559) 264-2800 |
| 4 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| WESLEY FITE, | ) |
| | ) Civil Action No. 1:04-CV-6608 REC LJO |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until September 29, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, November 24, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: August 30, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: August 30, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Kristi C. Kapetan |
| 6 | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

**Dated:    September 1, 2005**                **/s/ Lawrence J. O'Neill**
66h44d                                                        UNITED STATES MAGISTRATE JUDGE