IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY FITE, <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE BARNHART, Commissioner of Social Security, <br><br> Defendant. | No. CV-F-04-6608 REC/LJO <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION AS AMENDED (Doc. 21), DENYING PLAINTIFF'S REQUEST TO REVERSE, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANT |

On April 18, 2006, the United States Magistrate Judge recommended that the court deny plaintiff's request to reverse the Commissioner's denial of disability insurance benefits or to remand for further proceedings.

No objection within the time set forth in the recommendation has been filed by plaintiff.

The court has reviewed the record herein and concurs with the recommendation. The court amends the recommendation on page 23 to correct the garbled quotation from the Supreme Court's

1

1  decision in Sullivan v. Zebley, 493 U.S. 521, 532 (1990) to read
2  as follows:
3          The [Commissioner] explicitly has set the
            medical criteria defining the listed
4          impairments that would prevent an adult,
            regardless of his age, education, or work
5          experience, from performing *any* gainful
            activity, not just 'substantial gainful
6          activity.'
7  In all other respects, the court adopts the recommendation.
8    ACCORDINGLY:
9    1.  Plaintiff's request to reverse the Commissioner's denial
10 of disability insurance benefits or to remand for further
11 proceedings is denied.
12    2.  The Clerk of the Court is directed to enter judgment for
13 defendant.
14 IT IS SO ORDERED.

15 **Dated: May 5, 2006**          /s/ Robert E. Coyle
    668554                    UNITED STATES DISTRICT JUDGE